# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HENRY LEE JAMES | § | Case No. 13-02730 |
| CYNTHIA JAMES | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/24/2013 .  The undersigned trustee was appointed on 05/16/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 179,078.43 |

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 68,794.98 |
| Bank service fees | 359.17 |
| Other payments to creditors | 17,697.99 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 77,226.29 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/20/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,030.67 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,030.67 , for a total compensation of $ 10,030.67 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 52.76 , for total expenses of $ 52.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2017                 By: /s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-02730 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HENRY LEE JAMES | | | | Date Filed (f) or Converted (c): | 01/24/2013 (f) |
| | CYNTHIA JAMES | | | | 341(a) Meeting Date: | 02/25/2013 |
| For Period Ending: | 12/15/2017 | | | | Claims Bar Date: | 09/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Injury Litigation (u) | Unknown | 0.00 | | 179,078.43 | FA |
| 2. 2107 Providence Way Joliet, IL 60431 | 154,259.00 | 0.00 | | 0.00 | FA |
| 3. 1630 W. Estes, Chicago, IL 60626 Unit 302 | 60,784.00 | 0.00 | | 0.00 | FA |
| 4. checking account with - PNC xxx419 | 300.00 | 0.00 | | 0.00 | FA |
| 5. Savings account with - PNC | 600.00 | 600.00 | | 0.00 | FA |
| 6. Household Goods; TV, DVD Player, TV Stand, Stereo, sofa, vac | 1,400.00 | 0.00 | | 0.00 | FA |
| 7. Books, CD's, DVD's, Tapes/records, family pictures | 80.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/employer/former employer - 100% exempt | 0.00 | Unknown | | 0.00 | FA |
| 11. Anticipated 2012 Tax Refund | 4,100.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Honda Prelude with 60,000 miles | 2,550.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Ford Focus with 138,000 miles | 1,073.00 | 1,073.00 | | 0.00 | FA |
| 14. 1997 Lincoln Towncar with 68,000 miels | 3,415.00 | 3,415.00 | | 0.00 | FA |
| 15. Family Pets/Animals: a dog | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $228,811.00 | $5,088.00 | | $179,078.43 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to reopen filed by UST 5/1/17 to administer to personal injury case see Dkt#25. Filed motion to employ special counsel see Dkt#26. Filed motion to compromise/settle on 6/16/17 see Dkt# 31. Sent TFR to UST 11/21/17.

Initial Projected Date of Final Report (TFR): 02/01/2018     Current Projected Date of Final Report (TFR): 02/01/2018

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-02730 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HENRY LEE JAMES | Bank Name: Associated Bank |
| CYNTHIA JAMES | Account Number/CD#: XXXXXX5959 |
| | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/17 | | Aylstock, Witkin, Kreis & Overholtz<br>P.O. Box 12630<br>Pensacola, FL 32591-2630 | Court Approved settlement on PI<br>See dckt# 39 | | $92,585.46 | | $92,585.46 |
| | | | Gross Receipts            $179,078.43 | | | | |
| | | MDL Assessment (Atty) | ($15,400.74) | 3220-000 | | | |
| | | Greene, Ketchum, Bailey, Walker, Farrell & Tweel | ($6,642.92) | 3210-000 | | | |
| | | Zeccola & Selinger, LLC | ($12,546.47) | 3210-000 | | | |
| | | Aylstock, Witkin, Kreis, & Overholtz | ($25,096.71) | 3210-000 | | | |
| | | MDL Assessment (Client) | ($3,581.57) | 3220-000 | | | |
| | | GRG Settlement Expense | ($310.00) | 3220-000 | | | |
| | | Aylstock, Witkin, Kreis, & Overholtz | ($2,391.58) | 3220-000 | | | |
| | | Shared Costs | ($2,824.99) | 3220-000 | | | |
| | | Health Care Service Corporation | ($17,697.99) | 4210-000 | | | |
| | 1 | | Personal Injury Litigation            $179,078.43 | 1242-000 | | | |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.78 | $92,496.68 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.50 | $92,359.18 |
| 09/25/17 | 1001 | Henry L. James and Cynthia James<br>2107 Providence Way<br>Joliet, IL 60431 | Debtor's Exemption<br>PI Exemption | 8100-002 | | $15,000.00 | $77,359.18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)* | | | Page Subtotals: | | $92,585.46 | $15,226.28 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-02730 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: HENRY LEE JAMES | Bank Name: | Associated Bank |
| CYNTHIA JAMES | Account Number/CD#: | XXXXXX5959 |
| | | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 12/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.89 | $77,226.29 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $92,585.46 | $15,359.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $92,585.46 | $15,359.17 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $92,585.46 | $359.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.00     $132.89

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5959 - Checking | $92,585.46 | $359.17 | $77,226.29 |
| | $92,585.46 | $359.17 | $77,226.29 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $86,492.97 |
| Total Net Deposits: | $92,585.46 |
| Total Gross Receipts: | $179,078.43 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-02730  
Debtor Name: HENRY LEE JAMES  
Claims Bar Date: 9/20/2017  

Date: December 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Henry L. James and Cynthia James<br>2107 Providence Way<br>Joliet, IL 60431 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,030.67 | $10,030.67 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $52.76 | $52.76 |
| 1 300 7100 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $12,376.30 | $12,376.30 |
| 2 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $604.10 | $604.10 |
| 3 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $9,248.54 | $9,248.54 |
| 4 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,822.19 | $1,822.19 |
| 5 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $7,492.59 | $7,492.59 |
| 6 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,626.37 | $1,626.37 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-02730                                                                                                          Date: December 15, 2017
Debtor Name: HENRY LEE JAMES
Claims Bar Date: 9/20/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 - Interest 300 7100 | SCHERMERHORN AND CO<br>2737 CENTRAL ST.<br>EVANSTON, IL 60201 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $34.84 | $34.84 |
| 7 300 7100 | SCHERMERHORN AND CO<br>2737 CENTRAL ST.<br>EVANSTON, IL 60201 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,253.00 | $5,253.00 |
| 1- Interest 320 7100 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $82.08 | $82.08 |
| 2- Interest 320 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4.01 | $4.01 |
| 3 - Interest 320 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $61.33 | $61.33 |
| 4 - Interest 320 7100 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $12.08 | $12.08 |
| 5 - Interest 320 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $49.69 | $49.69 |
| 6 - Interest 320 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $10.79 | $10.79 |
| | Case Totals | | | $0.00 | $63,761.34 | $63,761.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-02730  
Case Name: HENRY LEE JAMES  
　　　　　　CYNTHIA JAMES  
Trustee Name: Peter N. Metrou, Trustee  

　　　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　　77,226.29

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 10,030.67 | $ 0.00 | $ 10,030.67 |
| Trustee Expenses: Peter N. Metrou | $ 52.76 | $ 0.00 | $ 52.76 |

　　Total to be paid for chapter 7 administrative expenses　　　　$　　　10,083.43

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$　　　67,142.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,677.91 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 12,376.30 | $ 0.00 | $ 12,376.30 |
| 2 | AMERICAN EXPRESS CENTURION BANK | $ 604.10 | $ 0.00 | $ 604.10 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 9,248.54 | $ 0.00 | $ 9,248.54 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 1,822.19 | $ 0.00 | $ 1,822.19 |
| 5 | AMERICAN EXPRESS BANK, FSB | $ 7,492.59 | $ 0.00 | $ 7,492.59 |
| 6 | AMERICAN EXPRESS BANK, FSB | $ 1,626.37 | $ 0.00 | $ 1,626.37 |
| 7 | SCHERMERHORN AND CO | $ 5,253.00 | $ 0.00 | $ 5,253.00 |
| 7 - Interest | SCHERMERHORN AND CO | $ 34.84 | $ 0.00 | $ 0.00 |
| 1- Interest | DISCOVER BANK | $ 82.08 | $ 0.00 | $ 0.00 |
| 2- Interest | AMERICAN EXPRESS CENTURION BANK | $ 4.01 | $ 0.00 | $ 0.00 |
| 3 - Interest | AMERICAN EXPRESS CENTURION BANK | $ 61.33 | $ 0.00 | $ 0.00 |
| 4 - Interest | AMERICAN EXPRESS CENTURION BANK | $ 12.08 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 - Interest | AMERICAN EXPRESS BANK, FSB | $ 49.69 | $ 0.00 | $ 0.00 |
| 6 - Interest | AMERICAN EXPRESS BANK, FSB | $ 10.79 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 38,423.09 |
| | Remaining Balance | | $ | 28,719.77 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 254.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 28,464.95 .