UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
                                          §
HENRY LEE JAMES                           §    Case No. 13-02730
CYNTHIA JAMES                             §
                                          §
                                          §
          Debtors                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 186,418.00<br>*(Without deducting any secured claims)* | Assets Exempt: 42,393.00 |
| Total Distributions to Claimants:  56,375.90 | Claims Discharged<br>Without Payment:  254.82 |
| Total Expenses of Administration:  79,237.58 | |

3) Total gross receipts of $ 179,078.43  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 43,464.95  (see **Exhibit 2**), yielded net receipts of $ 135,613.48  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 17,697.99 | $ 17,697.99 | $ 17,697.99 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 79,237.58 | 79,237.58 | 79,237.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 38,677.91 | 38,677.91 | 38,677.91 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 135,613.48 | $ 135,613.48 | $ 135,613.48 |

4) This case was originally filed under chapter 7 on 01/24/2013 . The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2018            By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1242-000 | 179,078.43 |
| **TOTAL GROSS RECEIPTS** | | **$ 179,078.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Henry L. James and Cynthia James | Exemptions | 8100-002 | 15,000.00 |
| HENRY LEE JAMES and CYNTHIA JAMES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 28,464.95 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 43,464.95** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Health Care Service Corporation | 4210-000 | NA | 17,697.99 | 17,697.99 | 17,697.99 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 17,697.99** | **$ 17,697.99** | **$ 17,697.99** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 10,030.67 | 10,030.67 | 10,030.67 |
| Peter N. Metrou | 2200-000 | NA | 52.76 | 52.76 | 52.76 |
| Associated Bank | 2600-000 | NA | 359.17 | 359.17 | 359.17 |
| Aylstock, Witkin, Kreis, & Overholtz | 3210-000 | NA | 25,096.71 | 25,096.71 | 25,096.71 |
| Greene, Ketchum, Bailey, Walker, Farrell & Tweel | 3210-000 | NA | 6,642.92 | 6,642.92 | 6,642.92 |
| Zeccola & Selinger, LLC | 3210-000 | NA | 12,546.47 | 12,546.47 | 12,546.47 |
| Aylstock, Witkin, Kreis, & Overholtz | 3220-000 | NA | 2,391.58 | 2,391.58 | 2,391.58 |
| GRG Settlement Expense | 3220-000 | NA | 310.00 | 310.00 | 310.00 |
| MDL Assessment (Atty) | 3220-000 | NA | 15,400.74 | 15,400.74 | 15,400.74 |
| MDL Assessment (Client) | 3220-000 | NA | 3,581.57 | 3,581.57 | 3,581.57 |
| Shared Costs | 3220-000 | NA | 2,824.99 | 2,824.99 | 2,824.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 79,237.58 | $ 79,237.58 | $ 79,237.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 7,492.59 | 7,492.59 | 7,492.59 |
| 5 - Interest | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 49.69 | 49.69 | 0.00 |
| 6 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,626.37 | 1,626.37 | 1,626.37 |
| 6 - Interest | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 10.79 | 10.79 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 604.10 | 604.10 | 604.10 |
| 2- Interest | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 4.01 | 4.01 | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 9,248.54 | 9,248.54 | 9,248.54 |
| 3 - Interest | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 61.33 | 61.33 | 0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,822.19 | 1,822.19 | 1,822.19 |
| 4 - Interest | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 12.08 | 12.08 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | NA | 12,376.30 | 12,376.30 | 12,376.30 |
| 1- Interest | DISCOVER BANK | 7100-000 | NA | 82.08 | 82.08 | 0.00 |
| 7 | SCHERMERHORN AND CO | 7100-000 | NA | 5,253.00 | 5,253.00 | 5,253.00 |
| 7 - Interest | SCHERMERHORN AND CO | 7100-000 | NA | 34.84 | 34.84 | 0.00 |
|  | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 60.48 |
|  | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 77.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 82.08 |
| | SCHERMERHORN AND CO | 7990-000 | NA | NA | NA | 34.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 38,677.91 | $ 38,677.91 | $ 38,677.91 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-02730 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HENRY LEE JAMES | | | | Date Filed (f) or Converted (c): | 01/24/2013 (f) |
| | CYNTHIA JAMES | | | | 341(a) Meeting Date: | 02/25/2013 |
| For Period Ending: | 02/12/2018 | | | | Claims Bar Date: | 09/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Injury Litigation (u) | Unknown | 0.00 | | 179,078.43 | FA |
| 2. 2107 Providence Way Joliet, IL 60431 | 154,259.00 | 0.00 | | 0.00 | FA |
| 3. 1630 W. Estes, Chicago, IL 60626 Unit 302 | 60,784.00 | 0.00 | | 0.00 | FA |
| 4. checking account with - PNC xxx419 | 300.00 | 0.00 | | 0.00 | FA |
| 5. Savings account with - PNC | 600.00 | 600.00 | | 0.00 | FA |
| 6. Household Goods; TV, DVD Player, TV Stand, Stereo, sofa, vac | 1,400.00 | 0.00 | | 0.00 | FA |
| 7. Books, CD's, DVD's, Tapes/records, family pictures | 80.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/employer/former employer - 100% exempt | 0.00 | Unknown | | 0.00 | FA |
| 11. Anticipated 2012 Tax Refund | 4,100.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Honda Prelude with 60,000 miles | 2,550.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Ford Focus with 138,000 miles | 1,073.00 | 1,073.00 | | 0.00 | FA |
| 14. 1997 Lincoln Towncar with 68,000 miels | 3,415.00 | 3,415.00 | | 0.00 | FA |
| 15. Family Pets/Animals: a dog | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $228,811.00 | $5,088.00 | | $179,078.43 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to reopen filed by UST 5/1/17 to administer to personal injury case see Dkt#25. Filed motion to employ special counsel see Dkt#26. Filed motion to compromise/settle on 6/16/17 see Dkt# 31. Sent TFR to UST 11/21/17. UST filed the TFR on 12/15/2017. Hearing on TFR 1-12-2018.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Initial Projected Date of Final Report (TFR): 02/01/2018         Current Projected Date of Final Report (TFR): 02/01/2018

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-02730 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HENRY LEE JAMES / CYNTHIA JAMES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5959 |
| | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/17 | | Aylstock, Witkin, Kreis & Overholtz<br>P.O. Box 12630<br>Pensacola, FL 32591-2630 | Court Approved settlement on PI<br>See dckt# 39 | | $92,585.46 | | $92,585.46 |
| | | | Gross Receipts $179,078.43 | | | | |
| | | MDL Assessment (Atty) | ($15,400.74) | 3220-000 | | | |
| | | Greene, Ketchum, Bailey, Walker, Farrell & Tweel | ($6,642.92) | 3210-000 | | | |
| | | Zeccola & Selinger, LLC | ($12,546.47) | 3210-000 | | | |
| | | Aylstock, Witkin, Kreis, & Overholtz | ($25,096.71) | 3210-000 | | | |
| | | MDL Assessment (Client) | ($3,581.57) | 3220-000 | | | |
| | | GRG Settlement Expense | ($310.00) | 3220-000 | | | |
| | | Aylstock, Witkin, Kreis, & Overholtz | ($2,391.58) | 3220-000 | | | |
| | | Shared Costs | ($2,824.99) | 3220-000 | | | |
| | | Health Care Service Corporation | ($17,697.99) | 4210-000 | | | |
| | 1 | | Personal Injury Litigation $179,078.43 | 1242-000 | | | |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.78 | $92,496.68 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.50 | $92,359.18 |
| 09/25/17 | 1001 | Henry L. James and Cynthia James<br>2107 Providence Way<br>Joliet, IL 60431 | Debtor's Exemption<br>PI Exemption | 8100-002 | | $15,000.00 | $77,359.18 |

Page Subtotals: $92,585.46   $15,226.28

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-02730 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HENRY LEE JAMES | Bank Name: Associated Bank |
| CYNTHIA JAMES | Account Number/CD#: XXXXXX5959 |
| | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.89 | $77,226.29 |
| 01/14/18 | 1002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $10,083.43 | $67,142.86 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($10,030.67) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($52.76) | 2200-000 | | | |
| 01/14/18 | 1003 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $12,458.38 | $54,684.48 |
| | | | ($82.08) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($12,376.30) | 7100-000 | | | |
| 01/14/18 | 1004 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $608.11 | $54,076.37 |
| | | | ($4.01) | 7990-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($604.10) | 7100-000 | | | |
| 01/14/18 | 1005 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $9,309.87 | $44,766.50 |
| | | | ($61.33) | 7990-000 | | | |

Page Subtotals: $0.00  $32,592.68

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-02730 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | HENRY LEE JAMES | Bank Name: | Associated Bank |
|  | CYNTHIA JAMES | Account Number/CD#: | XXXXXX5959 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX3815 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/12/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($9,248.54) 7100-000 | | | |
| 01/14/18 | 1006 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $1,834.27 | $42,932.23 |
| | | | | ($12.08) 7990-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($1,822.19) 7100-000 | | | |
| 01/14/18 | 1007 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $7,542.28 | $35,389.95 |
| | | | | ($49.69) 7990-000 | | | |
| | | AMERICAN EXPRESS BANK, FSB | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($7,492.59) 7100-000 | | | |
| 01/14/18 | 1008 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $1,637.16 | $33,752.79 |
| | | | | ($10.79) 7990-000 | | | |
| | | AMERICAN EXPRESS BANK, FSB | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($1,626.37) 7100-000 | | | |
| 01/14/18 | 1009 | SCHERMERHORN AND CO 2737 CENTRAL ST. EVANSTON, IL 60201 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $5,287.84 | $28,464.95 |
| | | | | ($34.84) 7990-000 | | | |
| | | SCHERMERHORN AND CO | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($5,253.00) 7100-000 | | | |

Page Subtotals: $0.00  $16,301.55

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-02730 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HENRY LEE JAMES | Bank Name: Associated Bank |
| CYNTHIA JAMES | Account Number/CD#: XXXXXX5959 |
| | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/18 | 1010 | HENRY LEE JAMES and CYNTHIA JAMES | Distribution of surplus funds to debtor. | 8200-002 | | $28,464.95 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $92,585.46 | $92,585.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $92,585.46 | $92,585.46 |
| Less: Payments to Debtors | $0.00 | $43,464.95 |
| Net | $92,585.46 | $49,120.51 |

Page Subtotals: $0.00   $28,464.95

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5959 - Checking | $92,585.46 | $49,120.51 | $0.00 |
|  | $92,585.46 | $49,120.51 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $86,492.97 |
| Total Net Deposits: | $92,585.46 |
| Total Gross Receipts: | $179,078.43 |

Page Subtotals:                $0.00        $0.00